WRIGHT, FINLAY & ZAK, LLP
Matthew S. Carter, Esq.
Nevada Bar No. 9524
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorney for Plaintiff Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA6*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QA6, a Delaware Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC. and CHICAGO TITLE INSURANCE COMPANY, <br><br> Defendants. | Case No.: 2:19-cv-00924-GMN-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS** <br><br> [First Request] |

Plaintiff, Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA6 ("Deutsche Bank"), and Specially Appearing Defendant Fidelity National Title Group, Inc. ("FNTG") and Defendant Chicago Title Insurance Company ("Chicago"), by and through their respective attorneys of records, and hereby agree and stipulate as follows.

1.  On July 23, 2019, FNTG filed a Motion to Dismiss [ECF No. 6];

2. On July 23, 2019, Chicago also filed a Motion to Dismiss [ECF No. 7];

3. Deutsche Bank's responses to FNTG's and Chicago's Motions are due August 6, 2019;

4. Deutsche Bank's counsel is requesting an additional thirty (30) days to file its responses to FNTG's and Chicago's Motions, and thus requests up to September 5, 2019, to file its Oppositions;

5. This extension is requested to allow Counsel for Deutsche Bank additional time to review and respond to the points and authorities cited to in FNTG's and Chicago's Motions.

6. Counsel for FNTG and Chicago does not oppose the extensions;

7. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 2nd of August, 2019. | DATED this 2nd of August, 2019. |
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| /s/ Lindsay D. Robbins<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA6* | /s/ Sophia S. Lau<br>Sophia S. Lau, Esq.,<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, Nevada 89148<br>*Attorneys for Specially Appearing Defendant Fidelity National Title Group, Inc. and Defendant Chicago Title Insurance Company* |

**IT IS SO ORDERED.**

**Dated** this ___7___ day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTICT COURT