# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>  Plaintiff(s),<br><br>v.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et. al.,<br><br>  Defendant(s). | Case No.: 2:19-cv-00924-GMN-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than September 17, 2019.

IT IS SO ORDERED.

Dated: September 10, 2019

      _____
      Nancy J. Koppe
      United States Magistrate Judge