WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorney for Plaintiff, Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA6*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QA6, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. and CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:19-cv-00924-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITHOUT PREJUDICE** |

Plaintiff, Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA6 ("Plaintiff") and Specially Appearing Defendant, Fidelity National Title Group, Inc. and Defendant, Chicago Title Insurance Company ("Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed without prejudice, with each party bearing its own fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 19th day of August, 2023. | DATED this 19th day of August, 2023. |
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Dragon* | */s/ Kevin Sinclair* |
| Lindsay D. Dragon, Esq. | Kevin Sinclair, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 12277 |
| 7785 W. Sahara Ave., Suite 200 | 16501 Venture Boulevard, Suite 400 |
| Las Vegas, NV 89117 | Encino, California 91436 |
| *Attorney for Plaintiff, Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA6* | *Attorneys for Specially Appearing Defendant, Fidelity National Title Group, Inc. and Defendant, Chicago Title Insurance Company* |

**ORDER**

**IT IS SO ORDERED.  The Clerk of Court is instructed to close the case.**

Dated this __25__ day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE